O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEYWARD CLARK,<br><br>             Petitioner,<br><br>      v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>             Respondent. | ) Case No. CV 13-2253-VBF (SP)<br>)<br>)<br>) **ORDER ACCEPTING FINDINGS AND**<br>) **RECOMMENDATION OF UNITED**<br>) **STATES MAGISTRATE JUDGE**<br>)<br>)<br>)<br>)<br>) |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither petitioner nor respondent has filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED: petitioner's motion to amend the name of the respondent and to substitute Elvin Valenzuela, Warden, as respondent is granted; ground two is dismissed as not cognizable; ground three is dismissed pursuant to petitioner's request; and respondent's Motion to Dismiss the Petition is

1  denied as moot.  Respondent is ordered to answer the remaining grounds in the
2  Petition within thirty days of this Order.
3
4
5  DATED:   August 5, 2013
        _____
6       HONORABLE VALERIE BAKER FAIRBANK
        UNITED STATES DISTRICT JUDGE

2