# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEYWARD CLARK,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Respondent. | Case No. LA CV 13-02253-VBF-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the habeas corpus petition, the records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  Petitioner has not filed objections to the R&R.

　　　　The R&R is **ADOPTED**.  The habeas corpus petition is **DENIED**.

　　　　This action is **DISMISSED with prejudice and TERMINATED**.

　　　　As required by Fed. R. Civ. P. 58(a), judgment will be entered by separate document.

DATED:  June 22, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE