JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEYWARD CLARK, | Case No. LA CV 13-02253-VBF (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, final judgment is hereby entered in favor of the respondent and against petitioner Heyward Clark.

Dated: June 22, 2015

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE